## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Eric Brown,

            Plaintiff,          CASE NO. 97-cv-71827

v.

David Smith

            Defendants.

_____/

### NOTICE OF CORRECTION

Docket entry number 47 entered on11/30/06 is in error.  The explanation for the correction is stated below.

| | |
|---|---|
| | The docket entry was made on the wrong case. |
| | The corresponding document image was missing or incomplete. |
| X | The wrong document image was associated. |
| | The wrong judicial officer was listed on the case docket. |
| | The filer information was inaccurate or omitted from the docket text. |
| | The judicial officer information was inaccurate or omitted from the docket text. |
| | The docket text was changed *(specify what was changed and why)* |
| | Other: |

If you need further clarification or assistance, please contact [313-234-5165 ]

            DAVID J. WEAVER, CLERK OF COURT


            s/Kendra Byrd
            Deputy Clerk

Date:  December 27, 2006